UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIE TOVSEN,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Case No. 6:24-cv-00773-JR<br><br><br><br>ORDER |

After considering Plaintiff's Motion for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is ORDERED that John E. Haapala, Jr., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the gross amount of $14,473.00.  Counsel may retain the $5,595.79 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. This leaves a net amount of $8,877.21 due to counsel.  Commissioner will deduct from the balance of $8,877.21 an administrative assessment pursuant to 42 USC § 406(d), and pay Plaintiff's counsel the remainder.

DATED this 9th day of April, 2026.

 /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Presented by:
John E. Haapala, Jr.; OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Attorney for Plaintiff

Page 1     ORDER